UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| IRIS IACCARINO, derivatively on behalf of nominal defendant, NovaStar Financial, Inc.,<br><br>    Plaintiffs,<br><br>v.<br><br>SCOTT F. HARTMAN, et al.,<br><br>    Defendants. | Case No. 08-CV-0469-ODS |

## NOTICE OF SETTLEMENT

Plaintiff respectfully notices this Court that the parties have reached an agreement in principle to settle this action and an action pending in the Circuit Court of Jackson County, Missouri, captioned *O'Brien v. Hartman*, Case No. 0816-CV02978 (consolidated with case no. 0816-CV04731), which involves substantially similar factual and legal allegations and claims as the above-captioned action. The parties intend to submit a stipulation of settlement, a motion for approval of the settlement, and accompanying exhibits to the Circuit Court of Jackson County, Missouri shortly. Upon approval of the settlement by the Circuit Court of Jackson County, Missouri, the parties will file a copy of such order in the above-captioned action for the Court's consideration, and the parties will request that the Court close the proceedings in this action.

Dated: August 27, 2009

Respectfully submitted,

/s/ Paul E. Torlina
Linda N. Winter, No. 40938
Paul Edwin Torlina, No. 52798
ARNOLD, NEWBOLD, WINTER, &
JACKSON, P.C.
1125 Grand Avenue, Suite 1600
Kansas City, Missouri 64106
(816) 421-5788 - .Phone
(816) 471-5574 – Facsimile

**SAXENA WHITE P.A**
Maya Saxena
Joseph E. White III
Christopher S. Jones
Lester R. Hooker
2424 North Federal Highway
Suite 257
Boca Raton, FL 33431
Tel: 561.394.3399
Fax: 561.394.3082

Attorneys for Plaintiff Iris Iaccarino